# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

46 Exeter, LLC
Plaintiff,

v.                        Case No.: 1:24−cv−00141−WES−LDA

Nautilus Insurance Company, et al.
Defendant.

## ORDER OF RECUSAL

I hereby recuse myself from participation in the above referenced matter.

It is so ordered.

June 24, 2024                          By the Court:

                                            /s/ John J. McConnell, Jr.
                                            United States Chief Judge