UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


46 EXETER LLC

      vs.                                         C.A. NO. 1:24-cv-00141-JJM-LDA

PENN-AMERICA INSURANCE
COMPANY and NAUTILUS INSURANCE
COMPANY


**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**


       NOW COME the parties to this action and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in the above-captioned matter, with prejudice, without costs or attorneys' fees, and waiving all rights to appeal.

Respectfully submitted


| 46 Exeter LLC | Nautilus Insurance Company. |
|---|---|
| By Its Attorneys, | By Its Attorneys, |

| /s/ Joseph P. Carnevale | /s/ Jessica M. Savino |
|---|---|
| Joseph P. Carnevale, #9121 | Jessica M. Savino, BBO #10403 |
| jcarnevale@savagelawpartners.com | jsavino@morrisonmahoney.com |
| Savage Law Partners LLP | MORRISON MAHONEY LLP |
| 564 South Water Street | 10 Weybosset Street, Suite 900 |
| Providence, RI 02903 | Providence, RI  02903-7141 |
| 401-238-8500 | 617-439-7500 |


Penn-America Insurance Company

By Its Attorneys,


/s/ Luana DiSarra Scavone
Luana DiSarra Scavone, #8224
lscavone@wshblaw.com
Wood Smith Henning & Berman LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
617-675-0474

104655586.v1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the

registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will

be sent to those indicated as non-registered participants on November 11, 2025.


  /s/ Jessica M. Savino

2

104655586.v1